**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Adventure Coast, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names, and *doing business as* names | d/b/a Adventure Coast Manufacturing <br> d/b/a Adventure Coast Rentals |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2327010 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 4163 Emory Street NW | |
| Number    Street | Number    Street |
| | P.O. Box |
| Covington         GA    30014 | |
| City              State   ZIP Code | City         State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Newton County | 50 Elm Street |
| County | Number    Street |
| | |
| | Manchester       TN    37355 |
| | City              State    ZIP Code |

5. **Debtor's website** (URL)    www.adventurecoastrentals.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor __Adventure Coast, LLC_____   Case number (*if known*)_____
         Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
**5321**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☒ Yes.  District __N.D.GA._____  When __09/23/2024__  Case number __24-60023_____
                                                       MM / DD / YYYY
     District _____  When _____  Case number _____
                                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
     District _____  When _____
                                                               MM / DD / YYYY
     Case number, if known _____

Debtor  Adventure Coast, LLC _____   Case number (*if known*)_____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                      Number        Street

_____

_____ _____ _____
City                                      State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  Adventure Coast, LLC
       Name

Case number (*if known*)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/22/2025
            MM / DD / YYYY

✘ /s/ Marcus Cooley          Marcus Cooley
Signature of authorized representative of debtor     Printed name

Title  CEO

**18. Signature of attorney**

✘ /s/ Benjamin Keck        Date  01/22/2025
Signature of attorney for debtor             MM / DD / YYYY

Benjamin Keck
Printed name

Keck Legal, LLC
Firm name

2801 Buford Highway NE Suite 115
Number     Street

Atlanta        GA     30329
City          State    ZIP Code

4708266020        bkeck@kecklegal.com
Contact phone       Email address

943504           GA
Bar number         State

Fill in this information to identify the case:

Debtor name: __Adventure Coast, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Live Reel, LLC<br>162 W. Main Street, Suite 101<br>Cartersville, GA, 30120 | | Trailer purchase prepayment | Disputed | | | 680,000.00 |
| 2 | P & G Power Corp<br>1200 Fourth Street<br>Key West, FL, 33040 | | | | | | 175,000.00 |
| 3 | Northwest Georgia Factoring Group<br>162 West Main Street<br>Suite 101<br>Cartersville, GA, 30120 | tyler@ehdhlaw.com | Monies Loaned / Advanced | Disputed | | | 100,000.00 |
| 4 | Wallace Trailers<br>1440 TN-96<br>Burns, TN, 37029 | (615) 794-9545 | | | | | 90,000.00 |
| 5 | Lippert Components<br>88704 Expedite Way<br>Chicago, IL, 60695 | 800-952-9716<br>mmilliken@rauchmilliken.com | Manufacturing | Disputed | | | 70,992.29 |
| 6 | Great Southern Truck & Trailer, LLC<br>133 Mallard Ct.<br>Woodstock, GA, 30188 | (404) 376-1547<br>greatsoutherntruck@gmail.com | Services Provided | | | | 70,029.62 |
| 7 | Baseline Power, LLC<br>4651 Woodstock Road<br>Suite 208-219<br>Roswell, GA, 30075 | (661) 816-7173<br>accounting@baselinebnf.com | Suppliers or Vendors | | | | 62,010.00 |
| 8 | Johannsen Metal Fabrication<br>5056 Beersheba Hwy<br>McMinnville, TN, 37110 | Matthew<br>931-273-6324<br>matthewj@jmetalfab.com | Manufacturing | | | | 50,353.19 |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1

Debtor  Adventure Coast, LLC  
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Dakota Financial<br>5404 BEAU REVE PARK<br>Marietta, GA, 30068 | (310)-696-3030<br>hharris@dakotafin.com | Money Loaned | | | | 34,895.00 |
| 10 | WRATH RENTALS<br>28867 Brushwood Ln,Saugus<br>Santa Clarita, CA, 91350 | (661) 816-7173<br>wrathstudiorentals@gmail.com | Suppliers or Vendors | | | | 33,426.75 |
| 11 | Coastal Concrete Company, LLC<br>5200 Linwood Road<br>Placida, FL, 33946 | 941-698-4923 | Trailer prepayment | | | | 26,000.00 |
| 12 | AM Agency<br>1100 Indian Trail Lilburn RD, APT 2616<br>Norcross, GA, 30093 | Aaron Smith<br>(817) 503-8870 x118<br>aaron.smith@discoveram.com | IT Services | | | | 21,000.00 |
| 13 | Haier Recreational Living Solutions, Inc.<br>2810 Bridger Ct<br>Elkhart, IN, 46514 | Haier Recreational Living Solutions, Inc.<br>(574) 287-3365<br>loretta.frazier@geappliances.com | Manufacturing | | | | 18,550.00 |
| 14 | Mobile Power Generators, LLC<br>1919 Veterans Blvd, Suite 202<br>Kenner, LA, 70062 | O: 469.424.3033 ext 301<br>j.coffman@tuckeralbin.com | Manufacturing | | | | 17,512.80 |
| 15 | HISCOX INSURANCE COMPANY<br>PO Box 261567<br>Hartford, CT, 06126-1567 | | | | | | 16,877.99 |
| 16 | Base Craft LLC<br>118 Park W Drive<br>Mcdonough, GA, 30253 | 504-305-2170<br>heather@basecraftllc.com | Suppliers or Vendors | | | | 10,093.50 |
| 17 | DEXTER GROUP<br>P.O. Box 737005<br>Dallas, TX, 75373-7005 | 417-549-3241<br>AR_SUPERVISOR@DEXTERGROUP.COM | Manufacturing | | | | 9,000.00 |
| 18 | Crane Composites<br>23525 W. EAMES STREET<br>Channahon, IL, 60410 | 815.467.8600 | Manufacturing materials | | | | 8,800.00 |
| 19 | Wicked City Productions LLC<br>312 Sonatina Terrace<br>Alpharetta, GA, 30009 | Melissa Llewellyn-Alston<br>mllewellynalston@gmail.com | Security Deposit | Disputed | | | 7,500.00 |
| 20 | Alpha Systems LLC<br>5120 Beck Drive<br>Elkhart, IN, 46516 | rbellaire@alphallc.us | Manufacturing materials | | | | 6,658.30 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

United States Bankruptcy Court

Northern District of Georgia

In re: Adventure Coast, LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/22/2025

/s/ Marcus Cooley
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor

2024-120 Boheme Project

2024-123 Basilica Block Party

84 Lumber Company
1019 Route 519
Eighty Four, PA 15330

Action Tire Co
2244 Dogwood Industrial Cir SE
Conyers, GA 30013

Alpha Systems LLC
5120 Beck Drive
Elkhart, IN 46516

AM Agency
1100 Indian Trail Lilburn RD, APT 2616
Norcross, GA 30093

American Express (Amazon Business)
P.O. Box 30384
Salt Lake City, UT 84130

AMERICAN EXPRESS (Delta Platinum)
P.O. Box 30384
Salt Lake City, UT 84130

American Express (Delta Reserve)
PO Box 30384
Salt Lake City, UT 84130

AMUR Equipment Finance
304 W 3rd St

AT&T
PO Box 1699
Southgate, MI 48195-9091

Base Craft LLC
118 Park W Drive
Mcdonough, GA 30253

Baseline Power, LLC
4651 Woodstock Road
Suite 208-219
Roswell, GA 30075

Bennett Truck Transport
1001 Industrial Parkway,
Mcdonough, GA 30253

Cannon County Trustees Office
1341 McArthur St
Manchester, TN 37355

CHANNEL PARTNERS
PO Box 330881
Murfreesboro, TN 37133

Cintas
1865 Air Lane Dr.
Nashville, TN 37210

City of Manchester, Tennessee
200 W. Fort St.
Manchester, TN 37355

Click Lease Financial
1182 W 2400 S
Salt Lake City, UT 84119

Coastal Concrete
5200 Linwood Road
Placida, FL 33946

Coastal Concrete Company, LLC
5200 Linwood Road
Placida, FL 33946

Coffee County Bank
102 PETERSON AVE N
Douglas, GA 31533

Crane Composites
23525 W. EAMES STREET
Channahon, IL 60410

Dakota Financial
5404 BEAU REVE PARK
Marietta, GA 30068

Dept. of Revenue Tennessee
500 Deaderick Street
Nashville, TN 37242

Case 25-50682-lrc    Doc 1    Filed 01/22/25    Entered 01/22/25 16:56:21    Desc Main
Document      Page 8 of 12

DEXTER GROUP
P.O. Box 737005
Dallas, TX 75373-7005


DISA Entertainment Compliance Solutions
1030 Celis Street, Suite 100
San Fernando, CA 91340


Dometic Corporation
Dometic North America, 5155 Verdant Drive
Elkhart, IN 46516


DotPC, LLC
2633 Lincoln Blvd. #1024
Santa Monica, CA 90405


EQUIPMENT FINANCE GROUP
975 Oak Street
Suite 795
Eugene, OR 97401


Equipment Finance Group
975 Oak Street
Suite 795
Eugene, OR 97401


FALCON EQUIPMENT
PO Box 843840
Dallas, TX 75284-3840


FALCON EQUIPMENT
PO Box 843840
Dallas , TX 75284-3840


Genesis Products
1853 Eisenhower Dr. S
Goshen, IN 46526


Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA 30303


Georgia Department of Revenue
1800 Century Center Blvd
Suite 9100
Atlanta, GA 30345


Go Engineer LLC
PO Box 671351
Dallas, TX 75267-1351


Great Southern Truck & Trailer, LLC
133 Mallard Ct.
Woodstock, GA 30188


Haier Recreational Living Solutions, Inc.
2810 Bridger Ct
Elkhart, IN 46514


HENLEY SUPPLY MILLWORK
P.O. Box 306
Decherd, TN 37324


HISCOX INSURANCE COMPANY
PO Box 261567
Hartford, CT 06126-1567


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Johannsen Metal Fabrication
5056 Beersheba Hwy
McMinnville, TN 37110


John & Lourdes Jensen
449 W. Richard Ave
Richmond, CA 94801


John Jensen
449 W. Richmond Avenue
Richmond, CA 94801


K&S Steel Fabrication, Inc.
PO 868
Manchester, TN 37349


LiftCo Inc
3301 Reedy Drive
Elkhart, IN 46514


Lippert Components
88704 Expedite Way
Chicago, IL 60695


Live Reel
113 Vogel St. NE
Unit 101
Calhoun, GA 30701

Live Reel, LLC
162 W. Main Street, Suite 101
Cartersville, GA 30120

Mastercraft Incorporated
711 S Poplar St
Lagrange, IN 46761

MFG Loan
600 La Terraza Blvd. 3rd Floor
Escondido, CA 92025

Milestone Surfaces
825 Spur Street
Murfreesboro, TN 37129

Mobile Power Generators, LLC
1919 Veterans Blvd, Suite 202
Kenner, LA 70062

Mondak
P O Box 397
Williston, ND 58802

NORTH MILL
81 Throckmorton Avenue
Ste 203
Mill Valley, CA

NORTH MILL
81 Throckmorton Avenue, Ste 203
Mill Valley, CA

NORTH MILL 081467
81 Throckmorton Avenue,
Mill Valley, CA

NORTHLAND CAPITAL
333 33rd Avenue South
Saint Cloud

Northwest Georgia Factoring Group
162 West Main Street
Suite 101
Cartersville, GA 30120

Northwest Georgia Factoring Group
162 W. Main Street
Suite 101
Cartersville, GA 30120

P & G Power Corp
1200 Fourth Street
Key West, FL 33040

Randolfo Maldonado
1035 Red Cedar Trail
Suwanee, GA 30024

Robert Joesph Gruber
1214 Farm Crest Dr apt
Mishawaka, IN 46544

RocketBox Consultants LLC
1025 N 850 W
Shipshewana, IN 46565

SDG
PO Box 2913
Elkhart, IN 46515

Tennessee Department of Labor & Workforce
Development
220 French Landing Drive, 3-B
Nashville, TN 37243

U.S. Small Business Administration
2 NORTH STREET, SUITE 320
Birmingham, AL 35203

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Wallace Trailers
1440 TN-96
Burns, TN 37029

We Realize, Inc.
4117 Hillsboro Pike, Ste. 103-525
Nashville, TN 37215

Wheels Up
9051 Lyndale Ave S, Bloomington
Minneapolis, MN 55420

Wheels Up
9501 Lyndale NE S
Minneapolis, MN 55420

Wicked City Productions LLC
312 Sonatina Terrace
Alpharetta, GA 30009


WRATH RENTALS
28867 Brushwood Ln,Saugus
Santa Clarita, CA 91350

**United States Bankruptcy Court**

**IN RE:**                                                                                          Case No._____

Adventure Coast, LLC
_____   Chapter   \_\_11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Marcus A. Cooley 4163 Emory St Covington, GA 30014, | 80 | |
| Sarah E. Jensen, 4163 Emory St Covington, GA 30014, | 20 | |