**Fill in this information to identify the case:**

Debtor name _____Adventure Coast, LLC_____

United States Bankruptcy Court for the: _____Northern District of Georgia_____

_____ (State)

Case number (If known): ____25-50682_____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* .......................................................

   $ 600,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................

   $ 1,170,703.16

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................

   $ 1,770,703.16

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........................

   $ 1,048,435.91

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................

   $ 13,530.41

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..............................

   +$ 1,847,324.58

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

   $ 2,909,290.90

---

**Fill in this information to identify the case:**

Debtor name   Adventure Coast, LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):  25-50682

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Schedule A/B Part 1, Question 3 Attachment | Savings | ___ ___ ___ ___ | $ 169.60 |
| 3.2. See Schedule A/B Part 1, Question 3 Attachment | Checking | ___ ___ ___ ___ | $ 10,423.95 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____

   4.2. _____   $_____

5. **Total of Part 1**   $ 10,593.55

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____

   7.2. _____   $_____

Debtor    Adventure Coast, LLC
_____    Case number _(if known)_ 25-50682
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    | $_____ |

---

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   277,309.61 _____ – 3,500.00 _____ = ........➡    $ 273,809.61 _____
                            face amount                  doubtful or uncollectible accounts

11b. Over 90 days old:      122,999.00 _____ – 122,999.00 _____ = ........➡    $ 0.00 _____
                            face amount                  doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 273,809.61 |

---

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1. _____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    | $_____ |

---

Debtor    Adventure Coast, LLC
_____    Case number (if known) 25-50682 _____
Name

---

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> See Schedule A/B Part 5, Question 19 Attachment | _____ MM / DD / YYYY | 0.00 $_____ | _____ | 21,000.00 $_____ |
| 20. **Work in progress** <br> See Schedule A/B Part 5, Question 20 Attachment | _____ MM / DD / YYYY | 0.00 $_____ | _____ | 181,000.00 $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 202,000.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

---

Debtor    Adventure Coast, LLC
          Name

Case number (if known) 25-50682

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Desks and chairs, couch | $_____ | Market Value | $ 1,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Printer | $_____ | FMV | $ 800.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,800.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Adventure Coast, LLC

Name

Case number *(if known)*    25-50682

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 See Schedule A/B Part 8, Question 47 Attachment | $_____ | Market Value | $ 279,000.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 See Schedule A/B Part 8, Question 48 Attachment | $_____ | Market value | $ 372,000.00 |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See Schedule A/B Part 8, Question 50 Attachment

| | | | |
|---|---|---|---|
| | $_____ | Market Value | $ 31,500.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 682,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Adventure Coast, LLC
Name

Case number (if known) 25-50682

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 50 Elm Street, Manchester, TN 37355 | Own | $_____ | Fair Market Value | $ 600,000.00 |
| 55.2 63 King Street, Manchester, TN 37355 | Lease | $_____ | _____ | $ 0.00 |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   | $ 600,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trailer Designs | $_____ | | Unknown $_____ |
| 61. **Internet domain names and websites** See Schedule A/B Part 10, Question 61 Attachment | $_____ | | Unknown $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property** Engineering Drawings | $_____ | | Unknown $_____ |
| 65. **Goodwill** Adventure Coast | $_____ | | Unknown $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   | $ 0.00 |

Debtor    Adventure Coast, LLC
          Name

Case number *(if known)* 25-50682

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    0.00 ___ 0.00 _____ = ➜   $ 0.00 _____
                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Claims against creditor /third party for conversion and other torts                          $ Unknown

**Nature of claim**       Claims against creditor /third party for
**Amount requested**      $ 0.00 _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim**       _____
**Amount requested**      $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    Adventure Coast, LLC
　　　　　　Name

Case number *(if known)* 25-50682

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 10,593.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 273,809.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 202,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 682,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,170,703.16 | **+** 91b. $ 600,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................... | 1,770,703.16 | $ 1,770,703.16 |

| Schedule A/B | | | |
| --- | --- | --- | --- |
| Part 1, Question 3 | | | |
| Institution | Type of Account | Last 4 digits | Current Value of Debtor's Interest |
| Pinnacle Financial Partners | Checking Account | 0258 | $66.22 |
| Pinnacle Financial Partners | Checking Account | 0630 | $9,253.47 |
| Pinnacle Financial Partners | Checking Account | 5012 | $40.76 |
| Pinnacle Financial Partners | Checking Account | 6308 | $1,062.03 |
| Pinnacle Financial Partners | Checking Account | 6957 | $1.47 |
| Pinnacle Financial Partners | Checking Account | 8770 | $0.00 |
| Pinnacle Financial Partners | Checking Account | 0070 | $0.00 |
| Pinnacle Financial Partners | Savings Account | 7590 | $0.00 |
| Pinnacle Financial Partners | Savings Account | 0225 | $169.60 |
| Coffee County | Savings Account | | $0.00 |

| Schedule A/B Part 5, Question 19 | | | | |
|---|---|---|---|---|
| **Description** | **Date of the last physical inventory** | **Net Book Value** | **Valuation Method** | **Current Value** |
| Misc Material and Inventory | | $0.00 | Industry re-sale prices | $15,000.00 |
| Misc Consumables/Expendables | | $0.00 | Market Value | $6,000.00 |
| Trailer Chassis/Frames/Axels | | $0.00 | Market Value | $60,000.00 |
| Metal Surplus | | $0.00 | Market Value | $5,000.00 |
| PLUMBING SUPPLIES | | $0.00 | Market Value | $3,000.00 |
| ELECTRICAL SUPPLIES | | $0.00 | Market Value | $3,000.00 |

| Schedule A/B Part 5, Question 20 | | | | |
|---|---|---|---|---|
| **Description** | **Date of the last physical inventory** | **Net Book Value** | **Valuation Method** | **Current Value** |
| Wheels Up 3 room trailer in progress | | $0.00 | Market Value | $5,000.00 |
| Coast Concrete trailer in progress | | $0.00 | Market Value | Unknown |
| Live Reel 2 room trailer #1 in progress | | $0.00 | Market Value | $50,000.00 |
| Live Reel 2 room trailer #2 in progress | | $0.00 | Market Value | $50,000.00 |
| We Realize Inc. trailer in progress | | $0.00 | Market Value | $5,000.00 |
| Wallace Trailers - Trailer in progress | | $0.00 | Market Value | Unknown |

| Schedule A/B Part 8, Question 47 | | | |
|---|---|---|---|
| Description | Net Book Value | Valuation Method | Current Value |
| 1990 e&e trailer generator tow plant | | Market Value | $30,000.00 |
| 2002 Ford 650 XLT Superduty BOX TRUCK | | Market Value | $40,000.00 |
| 2003 GMC C5500 stakebed truck | | Market Value | $10,000.00 |
| 2004 Ford F750 TK | | Market Value | $15,000.00 |
| 2005 Ford 650 XL Superduty BOX TRUCK | | Market Value | $35,000.00 |
| 2006 Ford F650 Super Cab stakebed truck | | Market Value | $18,000.00 |
| 2006 Ford F650 Super Cab stakebed truck | | Market Value | $18,000.00 |
| 2008 Hino Box Truck 5 Ton BOX TRUCK | | Market Value | $10,000.00 |
| 2010 peterbilt 387 semi truck with sleeper | | Market Value | $25,000.00 |
| 2013 International Terra Star stakebed truck | | Market Value | $15,000.00 |
| 2014 ISUZU NPR-HD  16' BOX TRUCK | | Market Value | $10,000.00 |
| 2015 Chevy Silverado 3500 HD Cab Chass TK | | Market Value | $3,000.00 |
| 2017 FORD 250 Super Duty TK | | Market Value | $30,000.00 |
| 2017 FORD F-150 Lariat 1-ton pickup | | Market Value | $5,000.00 |
| 1999 weber spm generator tow plant | | Market Value | $15,000.00 |

| Schedule A/B Part 8, Question 48 | | | |
|---|---|---|---|
| Description | Net Book Value | Valuation Method | Current Value |
| 1988 travel trailer cch utility trailer | | Market Value | $20,000.00 |
| 1991 starw cch trailer utility trailer | | Market Value | $20,000.00 |
| 2008 play-more trailers, inc. 3 room slideout movie w shower teu trailer | | Market Value | $15,000.00 |
| 2016 Cargo Mate 2 Room Restroom Trailer TRAILER | | Market Value | $10,000.00 |
| 2021 716 Trailer Specialty 16' TRAILER | | Market Value | $30,000.00 |
| 2021 Diamond 200 Series TRAILER | | Market Value | $20,000.00 |
| 2021 Thundercreek MTT460-G3 TRAILER | | Market Value | $12,000.00 |
| 2022 BPHW40 MDP40 Trailer 8 Room | | Market Value | $50,000.00 |

| | | | |
|---|---|---|---|
| 2022 Diamond 8 H&M TRAILER | | Market Value | $80,000.00 |
| 2022 Mondak Portables, LLC MDP37 TRAILER | | Market Value | $15,000.00 |
| 2022 Mondak Portables, LLC MDP37 TRAILER | | Market Value | $35,000.00 |
| 2022 Mondak Portables, LLC MDP37 TRAILER | | Market Value | $35,000.00 |
| 2022 Mondak Portables, LLC PHMT40 TRAILER | | Market Value | $30,000.00 |

| Schedule A/B Part 8, Question 50 | | | |
|---|---|---|---|
| Description | Net Book Value | Valuation Method | Current Value |
| 2022 Homemade Trailer  generator | | Market Value | $5,000.00 |
| 2020 whisperwatt dca-70ssju generator tow plant | | Market Value | $6,500.00 |
| Edge Bander, Table Saw | | Market Value | $20,000.00 |

| Schedule A/B Part 10, Question 61 | | | |
|---|---|---|---|
| **Description** | **Net Book Value** | **Valuation Method** | **Current Value** |
| www.AdventureCoast.com | | | Unknown |
| www.adventurecoast-mfg.com | | | Unknown |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Adventure Coast, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 25-50682 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| AMUR Equipment Finance | (2) 2022 Mondak Portables, LLC MDP37 TRAILER 2 Room Talent Trailer (LUX) NON-POP | $ 136,962.00 | $ 70,000.00 |

**Creditor's mailing address**
304 W 3rd St
Grand Island, NE 68801

**Creditor's email address, if known**
assetmanagement@amuref.com

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| CHANNEL PARTNERS | Working Capital | $4,366.67 | $Unknown |

**Creditor's mailing address**
10900 Wayzata Boulevard
Suite 300, Hopkins, MN 55305

**Creditor's email address, if known**
Chelsy.Schultz@channelpartnersllc.com

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 1,048,435.91

Debtor  Adventure Coast, LLC
_____  Case number (if known)____ 25-50682
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3 Creditor's name**
CHANNEL PARTNERS

_____

**Creditor's mailing address**

10900 Wayzata Boulevard
Suite 300, Hopkins, MN 55305

**Creditor's email address, if known**
Chelsy.Schultz@channelpartnersllc.com

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 BPHW40 MDP40 TRAILER

$56,588.01      $90,000.00

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4 Creditor's name**
Click Lease Financial

_____

**Creditor's mailing address**

1182 W 2400 S
Salt Lake City, UT 84119

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Automatic Edge Bander Table Saw

$20,000.00      $0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor Adventure Coast, LLC
_____
Name

Case number (if known)_____ 25-50682

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Coffee County Bank
_____

**Creditor's mailing address**

2070 Hillsboro Boulevard
Manchester, TN 37355
_____

**Creditor's email address, if known**
kklonaris@coffeecobank.com
_____

**Date debt was incurred** _____
**Last 4 digits of account number** 4912

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

50 Elm Street, Manchester, TN 37355

$381,221.74    $600,000.00

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
Equipment Finance Group
_____

**Creditor's mailing address**

975 Oak Street
Suite 795, Eugene, OR 97401
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2004 Ford F750 TK

$20,900.37    $15,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Adventure Coast, LLC
         _____    Case number (if known)_____ 25-50682
              Name

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** | **Creditor's name**
FALCON EQUIPMENT

**Describe debtor's property that is subject to a lien**

2021 716 Trailer Specialty 16' TRAILER 4 Stall Shower Trailer

$44,142.69          $0.00

**Creditor's mailing address**

PO Box 843840
Dallas, TX 75284-3840

**Creditor's email address, if known**

ServicingTeam@accountservicing.com.

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** | **Creditor's name**
FALCON EQUIPMENT

**Describe debtor's property that is subject to a lien**

2015 Chevy Silverado 3500 HD Cab Chass TK

$34,997.27          $0.00

**Creditor's mailing address**

PO Box 843840
Dallas , TX 75284-3840

**Creditor's email address, if known**

ServicingTeam@accountservicing.com.

**Date debt was incurred** _____

**Last 4 digits of account number** 5908

**Describe the lien**

UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Adventure Coast, LLC | | Case number (if known) | 25-50682 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.9

**Creditor's name**
NORTH MILL

**Creditor's mailing address**
81 Throckmorton Avenue, Ste 203
Mill Valley, CA

**Creditor's email address, if known**
tflynn@nmef.com

**Date debt was incurred** _____
**Last 4 digits of account number** ___7785___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    [                                ]
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Diamond 8 H&M TRAILER

$145,437.78     $0.00

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.10

**Creditor's name**
NORTH MILL

**Creditor's mailing address**
81 Throckmorton Avenue
Ste 203, Mill Valley, CA

**Creditor's email address, if known**
tflynn@nmef.com

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    [                                ]
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2017 FORD 250 Super Duty TK

$40,445.60     $0.00

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Adventure Coast, LLC | Case number (if known) | 25-50682 |
|---|---|---|---|
| | Name | | |

## Part 1:    Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** **Creditor's name**
NORTH MILL

**Creditor's mailing address**

81 Throckmorton Avenue
Ste 203, Mill Valley, CA

**Creditor's email address, if known**
tflynn@nmef.com

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Diamond 200 Series TRAILER

$28,403.82      $0.00

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** **Creditor's name**
NORTH MILL 081467

**Creditor's mailing address**

81 Throckmorton Avenue,
Ste 203, Mill Valley, CA

**Creditor's email address, if known**
tflynn@nmef.com

**Date debt was incurred** _____
**Last 4 digits of account number** 1467

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Mondak Portables, LLC MDP37 TRAILER

$124,252.40      $0.00

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Adventure Coast, LLC
_____    Case number (if known) 25-50682
Name

| | | Column A | Column B |
|---|---|---|---|

**Part 1:    Additional Page**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** Creditor's name
NORTHLAND CAPITAL

**Creditor's mailing address**

333 33rd Avenue South
Saint Cloud, MN 56301

**Creditor's email address, if known**
cssupport@northlandcapital.com

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Thundercreek MTT460-G3 TRAILER

$10,717.56    $0.00

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor      Adventure Coast, LLC
            _____
            Name

Case number (*if known*) _____25-50682_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor          Adventure Coast, LLC

United States Bankruptcy Court for the:    Northern District of Georgia

Case number    25-50682
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Cannon County Trustees Office
1341 McArthur St
Manchester, TN 37355

As of the petition filing date, the claim is:    $ 4,633.00        $ 4,633.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8   )

**2.2** Priority creditor's name and mailing address
City of Manchester, Tennessee
200 W. Fort St.
Manchester, TN 37355

As of the petition filing date, the claim is:    $ 1,600.00        $ 1,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8   )

**2.3** Priority creditor's name and mailing address
Dept. of Revenue Tennessee
500 Deaderick Street
Nashville, TN 37242

As of the petition filing date, the claim is:    $ 6,167.33        $ 6,167.33
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number   2704

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8   )

Debtor    Adventure Coast, LLC _____    Case number (if known) 25-50682
         Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

---

**2.4  Priority creditor's name and mailing address**

Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA 30303

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.5  Priority creditor's name and mailing address**

Georgia Department of Revenue
1800 Century Center Blvd
Suite 9100
Atlanta, GA 30345

$ 1,130.08          $ 1,130.08

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.6  Priority creditor's name and mailing address**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.7  Priority creditor's name and mailing address**

Tennessee Department of Labor & Workforce Development
220 French Landing Drive, 3-B
Nashville, TN 37243

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

| Debtor | Adventure Coast, LLC | Case number (if known) | 25-50682 |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.** 8  **Priority creditor's name and mailing address**

U.S. Small Business Administration
2 NORTH STREET, SUITE 320
Birmingham, AL 35203

$ _Unknown_            $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EIDL SBA Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** ____  **Priority creditor's name and mailing address**

$ _____            $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.** ____  **Priority creditor's name and mailing address**

$ _____            $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.** ____  **Priority creditor's name and mailing address**

$ _____            $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Adventure Coast, LLC | Case number (if known) | 25-50682 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
84 Lumber Company
1019 Route 519
Eighty Four, PA 15330

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing materials

$ 4,945.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Action Tire Co
2244 Dogwood Industrial Cir SE
Conyers, GA 30013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

$ 1,885.75

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Alpha Systems LLC
5120 Beck Drive
Elkhart, IN 46516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing materials

$ 6,658.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
AM Agency
1100 Indian Trail Lilburn RD, APT 2616
Norcross, GA 30093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** IT Services

$ 21,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
American Express (Amazon Business)
P.O. Box 30384
Salt Lake City, UT 84130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 627.97

Date or dates debt was incurred _____

Last 4 digits of account number 92006

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS (Delta Platinum)
P.O. Box 30384
Salt Lake City, UT 84130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 57.96

Date or dates debt was incurred _____

Last 4 digits of account number 01009

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Adventure Coast, LLC | Case number *(if known)* | 25-50682 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

American Express (Delta Reserve)
PO Box 30384
Salt Lake City, UT 84130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   02006

$ 5,583.27

---

**3.8** Nonpriority creditor's name and mailing address

AT&T
PO Box 1699
Southgate, MI 48195-9091

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phone and Internet

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   7912

$ 3,733.59

---

**3.9** Nonpriority creditor's name and mailing address

Base Craft LLC
118 Park W Drive
Mcdonough, GA 30253

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,093.50

---

**3.10** Nonpriority creditor's name and mailing address

Baseline Power, LLC
4651 Woodstock Road
Suite 208-219
Roswell, GA 30075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 62,010.00

---

**3.11** Nonpriority creditor's name and mailing address

Basilica Block Party
88 N 17th St
Minneapolis, MN 55403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,000.00

---

| Debtor | Adventure Coast, LLC | Case number (if known) | 25-50682 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Bennett Truck Transport
1001 Industrial Parkway,
Mcdonough, GA 30253

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Transport Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,920.00

---

**3.13** Nonpriority creditor's name and mailing address

Boheme Project
1575 Northside Dr. NW
Suite 300
Atlanta, GA 30318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 500.00

---

**3.14** Nonpriority creditor's name and mailing address

Boheme Project
1575 Northside Dr. NW
Suite 300
Atlanta, GA 30318

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,000.00

---

**3.15** Nonpriority creditor's name and mailing address

Cintas
1865 Air Lane Dr.
Nashville, TN 37210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Aid Kits

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,644.89

---

**3.16** Nonpriority creditor's name and mailing address

Coastal Concrete Company, LLC
5200 Linwood Road
Placida, FL 33946

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trailer prepayment

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,000.00

---

| Debtor | Adventure Coast, LLC | Case number (if known) | 25-50682 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Crane Composites
23525 W. EAMES STREET
Channahon, IL 60410

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing materials

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.18** Nonpriority creditor's name and mailing address

Dakota Financial
5404 BEAU REVE PARK
Marietta, GA 30068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money Loaned

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34,895.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.19** Nonpriority creditor's name and mailing address

DEXTER GROUP
P.O. Box 737005
Dallas, TX 75373-7005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.20** Nonpriority creditor's name and mailing address

DISA Entertainment Compliance Solutions
1030 Celis Street, Suite 100
San Fernando, CA 91340

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DOT Compliance

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,375.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.21** Nonpriority creditor's name and mailing address

Dometic Corporation
Dometic North America, 5155 Verdant Drive
Elkhart, IN 46516

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier - Office Fornitures

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,764.55

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Adventure Coast, LLC | Case number *(if known)* | 25-50682 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**
DotPC, LLC
2633 Lincoln Blvd. #1024
Santa Monica, CA 90405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DOT Compliance

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 1,167.10

---

**3.23  Nonpriority creditor's name and mailing address**
Genesis Products
1853 Eisenhower Dr. S
Goshen, IN 46526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 2,316.50

---

**3.24  Nonpriority creditor's name and mailing address**
Go Engineer LLC
PO Box 671351
Dallas, TX 75267-1351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 4,511.33

---

**3.25  Nonpriority creditor's name and mailing address**
Great Southern Truck & Trailer, LLC
133 Mallard Ct.
Woodstock, GA 30188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 70,029.62

---

**3.26  Nonpriority creditor's name and mailing address**
Haier Recreational Living Solutions, Inc.
2810 Bridger Ct
Elkhart, IN 46514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 18,550.00

---

| Debtor | Adventure Coast, LLC | Case number (if known) | 25-50682 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

HENLEY SUPPLY MILLWORK
P.O. Box 306
Decherd, TN 37324

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Manufacturing

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,181.29

**3.28** Nonpriority creditor's name and mailing address

HISCOX INSURANCE COMPANY
PO Box 261567
Hartford, CT 06126-1567

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 16,877.99

**3.29** Nonpriority creditor's name and mailing address

Johannsen Metal Fabrication
5056 Beersheba Hwy
McMinnville, TN 37110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Manufacturing

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☑ Yes

$ 50,353.19

**3.30** Nonpriority creditor's name and mailing address

John & Lourdes Jensen
449 W. Richard Ave
Richmond, CA 94801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Back Owed Building Rent

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 52,000.00

**3.31** Nonpriority creditor's name and mailing address

John & Lourdes Jensen
449 W. Richard Ave
Richmond, CA 94801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 240,000.00

Debtor    Adventure Coast, LLC    Case number *(if known)*    25-50682
Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

K&S Steel Fabrication, Inc.
PO 868
Manchester, TN 37349

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,915.88

---

**3.33** Nonpriority creditor's name and mailing address

LiftCo Inc
3301 Reedy Drive
Elkhart, IN 46514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,100.00

---

**3.34** Nonpriority creditor's name and mailing address

Lippert Components
88704 Expedite Way
Chicago, IL 60695

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Manufacturing

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

$ 70,992.29

---

**3.35** Nonpriority creditor's name and mailing address

Live Reel, LLC
162 W. Main Street, Suite 101
Cartersville, GA 30120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Trailer purchase prepayment

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

$ 680,000.00

---

**3.36** Nonpriority creditor's name and mailing address

Mastercraft Incorporated
711 S Poplar St
Lagrange, IN 46761

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,764.29

---

| Debtor | Adventure Coast, LLC | Case number (if known) | 25-50682 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37 Nonpriority creditor's name and mailing address**

MFG Loan
600 La Terraza Blvd. 3rd Floor
Escondido, CA 92025

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38 Nonpriority creditor's name and mailing address**

Milestone Surfaces
825 Spur Street
Murfreesboro, TN 37129

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing

$ 4,405.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39 Nonpriority creditor's name and mailing address**

Mobile Power Generators, LLC
1919 Veterans Blvd, Suite 202
Kenner, LA 70062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing

$ 17,512.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40 Nonpriority creditor's name and mailing address**

Mondak
P O Box 397
Williston, ND 58802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sub-Lease Vendors

$ 2,310.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41 Nonpriority creditor's name and mailing address**

Northwest Georgia Factoring Group
162 West Main Street
Suite 101
Cartersville, GA 30120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 100,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| Debtor | Adventure Coast, LLC | Case number *(if known)* | 25-50682 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

P & G Power Corp
1200 Fourth Street
Key West, FL 33040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.43** Nonpriority creditor's name and mailing address

Randolfo Maldonado
1035 Red Cedar Trail
Suwanee, GA 30024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Transport Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,000.00

---

**3.44** Nonpriority creditor's name and mailing address

Robert Joesph Gruber
1214 Farm Crest Dr apt
Mishawaka, IN 46544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Contractors - Engineer

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,291.50

---

**3.45** Nonpriority creditor's name and mailing address

RocketBox Consultants LLC
1025 N 850 W
Shipshewana, IN 46565

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Transportation Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,166.00

---

**3.46** Nonpriority creditor's name and mailing address

SDG
PO Box 2913
Elkhart, IN 46515

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Manufacturing

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,869.09

---

| Debtor | Adventure Coast, LLC | Case number (if known) | 25-50682 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 47 **Nonpriority creditor's name and mailing address**

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Manufacturing

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,223.47

---

**3.** 48 **Nonpriority creditor's name and mailing address**

United Leasing and Finance
5990 West Creek Road
Suite 200
Independence, OH 44131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 136,962.00

---

**3.** 49 **Nonpriority creditor's name and mailing address**

Wallace Trailers
1440 TN-96
Burns, TN 37029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 97,425.00

---

**3.** 50 **Nonpriority creditor's name and mailing address**

Wheels Up
9051 Lyndale Ave S, Bloomington
Minneapolis, MN 55420

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,478.11

---

**3.** 51 **Nonpriority creditor's name and mailing address**

Wicked City Productions LLC
312 Sonatina Terrace
Alpharetta, GA 30009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Security Deposit

**Is the claim subject to offset?**
☐ No
☑ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,500.00

---

Debtor _____    Case number _(if known)_ __25-50682__
        Adventure Coast, LLC
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 52    Nonpriority creditor's name and mailing address

WRATH RENTALS
28867 Brushwood Ln,Saugus
Santa Clarita, CA 91350

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 35,926.75

---

**3.** ___    Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ _____

---

**3.** ___    Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ _____

---

**3.** ___    Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ _____

---

**3.** ___    Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ _____

---

Debtor ___Adventure Coast, LLC_____    Case number _(if known)_____25-50682_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 13,530.41 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,847,324.58 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,860,854.99 |

**Fill in this information to identify the case:**

Debtor name   Adventure Coast, LLC

United States Bankruptcy Court for the:   Northern District of Georgia

Case number (If known):   25-50682          Chapter   11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | Broker agreement | Live Reel |
| | State what the contract or lease is for and the nature of the debtor's interest | 113 Vogel St. NE |
| | | Unit 101 |
| | State the term remaining | Calhoun, GA, 30701 |
| | List the contract number of any government contract | |
| **2.2** | Factoring Agreement | Northwest Georgia Factoring Group |
| | State what the contract or lease is for and the nature of the debtor's interest | 162 W. Main Street |
| | | Suite 101 |
| | State the term remaining | Cartersville, GA, 30120 |
| | List the contract number of any government contract | |
| **2.3** | Building Lease | John Jensen |
| | State what the contract or lease is for and the nature of the debtor's interest | 449 W. Richmond Avenue |
| | | Richmond, CA, 94801 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | Agreement to Build Trailer | We Realize, Inc. |
| | State what the contract or lease is for and the nature of the debtor's interest | 4117 Hillsboro Pike, Ste. 103-525 |
| | | Nashville, TN, 37215 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | Agreement to Build Trailer | Wheels Up |
| | State what the contract or lease is for and the nature of the debtor's interest | 9501 Lyndale NE S |
| | | Minneapolis, MN, 55420 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Adventure Coast, LLC
_____
Name

Case number *(if known)*    25-50682
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | Agreement to build trailer |

| 2.**6** | **State what the contract or lease is for and the nature of the debtor's interest** | Coastal Concrete<br>5200 Linwood Road<br>Placida, FL, 33946 |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number o any government contract** | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name  Adventure Coast, LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):  25-50682

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. Does the debtor have any codebtors? |
|---|
| ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | Coffee County Bank | ☑ D ☐ E/F ☐ G |
| 2.2 Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | NORTH MILL 081467 | ☑ D ☐ E/F ☐ G |
| 2.3 Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | NORTH MILL 081467 | ☑ D ☐ E/F ☐ G |
| 2.4 Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | NORTH MILL | ☑ D ☐ E/F ☐ G |
| 2.5 Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | Equipment Finance Group | ☑ D ☐ E/F ☐ G |
| 2.6 Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | NORTH MILL | ☑ D ☐ E/F ☐ G |

Debtor    Adventure Coast, LLC
Name

Case number *(if known)*  25-50682

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | NORTHLAND CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.8 | Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | Coffee County Bank | ☑ D ☐ E/F ☐ G |
| 2.9 | Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | NORTH MILL | ☑ D ☐ E/F ☐ G |
| 2.10 | Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | NORTH MILL | ☑ D ☐ E/F ☐ G |
| 2.11 | Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | NORTH MILL | ☑ D ☐ E/F ☐ G |
| 2.12 | Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | NORTH MILL | ☑ D ☐ E/F ☐ G |
| 2.13 | Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | FALCON EQUIPMENT | ☑ D ☐ E/F ☐ G |
| 2.14 | Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | FALCON EQUIPMENT | ☑ D ☐ E/F ☐ G |

Debtor    Adventure Coast, LLC

Name

Case number *(if known)* 25-50682

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | NORTHLAND CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.16 Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | CHANNEL PARTNERS | ☑ D ☐ E/F ☐ G |
| 2.17 Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | CHANNEL PARTNERS | ☑ D ☐ E/F ☐ G |
| 2.18 Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | Equipment Finance Group | ☑ D ☐ E/F ☐ G |
| 2.19 Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | FALCON EQUIPMENT | ☑ D ☐ E/F ☐ G |
| 2.20 Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | FALCON EQUIPMENT | ☑ D ☐ E/F ☐ G |
| 2.21 Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | AMUR Equipment Finance | ☑ D ☐ E/F ☐ G |
| 2.22 Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | Dakota Financial | ☐ D ☑ E/F ☐ G |

Debtor    Adventure Coast, LLC
Name

Case number *(if known)*  25-50682

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | Dakota Financial | ☐ D ☑ E/F ☐ G |
| 2.24 | Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | CHANNEL PARTNERS | ☑ D ☐ E/F ☐ G |
| 2.25 | Marcus Colley | 4163 Emory Street NW Covington, GA 30014 | CHANNEL PARTNERS | ☑ D ☐ E/F ☐ G |
| 2.26 | Sarah Jensen | 4163 Emory Street NW Covington, GA 30014 | AMUR Equipment Finance | ☑ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |

---

**Fill in this information to identify the case:**

Debtor name _____Adventure Coast, LLC_____

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): ____25-50682____

☐ Check if this is an
amended filing

---

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other | $ 0.00 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,265,941.42 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,306,752.27 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

---

Debtor    Adventure Coast, LLC
_____
Name

Case number *(if known)* 25-50682

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 171,109.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached SOFA Part 2, Question 4<br>Insider's name | _____ | $ 90,110.49 | |
| | | _____ | | |
| | | _____ | | |
| | Relationship to debtor<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____ | $ _____ | |
| | | _____ | | |
| | | _____ | | |
| | Relationship to debtor<br>_____ | | | |

Debtor    Adventure Coast, LLC
_____    Case number *(if known)* 25-50682
Name                                                                                    _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Matthew Johansen v. Adventure Coast, LLC<br><br>**Case number**<br>2025-CV-91 | | Court of Coffee County<br><br>100 W Main Street<br>Manchester, TN 37355 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | P&G Power Co., v. Adventure Coast, LLC d/b/a Adventure Coast Manufacturing<br><br>**Case number**<br>25-CV-10005 | | United States District Court Southern District of Florida<br><br>301 Simonton Street<br>Key West, FL 33040 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

| Debtor | Adventure Coast, LLC | Case number (if known) | 25-50682 |
| --- | --- | --- | --- |
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
| --- | --- | --- |
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| | | Name |
| | Case number | |
| | Date of order or assignment | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
| --- | --- | --- | --- |
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | _____ | _____ | $_____ |

Debtor    Adventure Coast, LLC
_____    Case number *(if known)* 25-50682
Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | KECK LEGAL, LLC | | 09/09/2023 | $ 2,000.00 |
| | **Address** | | | |
| | 2801 Buford Highway NE, Suite 115 Atlanta, GA 30329 | | | |
| | **Email or website address** www.kecklegal.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

---

Debtor    Adventure Coast, LLC
_____    Case number (if known) 25-50682
    Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Debtor    Adventure Coast, LLC
_____        Case number *(if known)* 25-50682
          Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

Debtor   Adventure Coast, LLC
_____
Name

Case number (if known) 25-50682
_____

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>**Address** | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| We Realize Inc. Calhoun lot<br>Name<br>2685 Hwy 41<br>Calhoun, GA 30701 | Marcus Cooley | Shipping container holding rental cleaning equipment; cleaning supplies | ☐ No<br>☑ Yes |
| **Address**<br>2885 Hwy 41<br>Calhoun, GA 30701 | | | |

Debtor    Adventure Coast, LLC
_____    Case number (*if known*) 25-50682
Name                                                                         _____

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    Adventure Coast, LLC
         _____    Case number (*if known*) 25-50682
         Name                                        _____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor    Adventure Coast, LLC
_____    Case number *(if known)* 25-50682
Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Shoaib Yousuf<br>Name<br>4163 Emory Street NW, Covington, GA 30014 | From 10/11/2023<br>To _____ |
| 26a.2. Mich Yap<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Shoaib Yousuf<br>Name<br>4163 Emory Street NW, Covington, GA 30014 | From 10/11/2023<br>To _____ |
| 26b.2. Mich Yap<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Marcus Cooley<br>Name<br>4163 Emory St Covington, GA 30014 | |

---

Debtor    Adventure Coast, LLC
_____      Case number (*if known*) 25-50682
Name                                                                    _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. Jordan Jernayan - Montana Commercial Lending
_____
Name
11060 Central Avenue Great Falls, MT 59401

| Name and address |
|---|

26d.2. Pinnacle Finance Partners
_____
Name
150 Third Avenue South Suite 900 Nashville, Tennessee 37201

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

Debtor   Adventure Coast, LLC
_____
Name

Case number *(if known)* 25-50682
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2.  _____<br>Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marcus A. Cooley | 4163 Emory St Covington, GA 30014, | | 80 |
| Sarah E. Jensen, | 4163 Emory St Covington, GA 30014, | | 20 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Sarah Jensen<br>Name | 5,208.46 | _____ | Compensation |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| Owner | | | |

Debtor   Adventure Coast, LLC
_____
Name

Case number (*if known*) 25-50682
_____

| | Name and address of recipient | | 31,395.00 | | | Compensation |
|---|---|---|---|---|---|---|
| 30.2 | Marcus Cooley | | | | _____ | |
| | Name | | | | _____ | |
| | | | | | _____ | |
| | | | | | _____ | |
| | Relationship to debtor | | | | _____ | |
| | Owner | | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/12/2025
                      MM / DD / YYYY

✗ /s/ Marcus Cooley
_____
Signature of individual signing on behalf of the debtor

Printed name  Marcus Cooley

Position or relationship to debtor  CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name   Adventure Coast, LLC

Case number *(if known)*   25-50682

### Continuation Sheet for Official Form 207

**26a) Bookkeepers**

**Rob Tamburi**          **150 Southpark Blvd     01/06/2023              11/01/2023**
                         **Ste 2024E**

**26d) Creditors**

**Coffee County Bank**                    **2070 Hillsboro Boulevard, Manchester,**
                                          **TN 37355**

**SOFA Question 3**

| Date | Description | Amount |
|---|---|---|
| 9/16/24 | OUTGOING WIRE BambooHR | $ 4,063.13 |
| 9/17/24 | OUTGOING WIRE Bamboo HR Payroll | $ 8,398.03 |
| 9/18/24 | OUTGOING WIRE Bamboo HR Payroll | $ 6,411.86 |
| 9/19/24 | BAMBOOHR HRIS 8663879595 0009173932 | $ 204.14 |
| 9/30/24 | OUTGOING WIRE Bamboo HR Payroll | $ 6,701.58 |
| 10/9/24 | BAMBOOHR HRIS 8663879595 0009173932 | $ 204.14 |
| 10/16/24 | OUTGOING WIRE Bamboo HR Payroll | $ 6,465.58 |
| 10/29/24 | OUTGOING WIRE Bamboo Payroll | $ 6,462.08 |
| 11/13/24 | BAMBOOHR HRIS 8663879595 0009173932 | $ 204.14 |
| 11/13/24 | OUTGOING WIRE Bamboo HR Payroll | $ 6,465.58 |
| 11/25/24 | OUTGOING WIRE Bamboo HR Payroll | $ 3,283.50 |
| 11/25/24 | OUTGOING WIRE Bamboo HR Payroll | $ 6,465.58 |
| 12/10/24 | OUTGOING WIRE Bamboo HR Payroll | $ 3,283.50 |
| 12/11/24 | OUTGOING WIRE Bamboo HR Payroll | $ 653.59 |
| 12/12/24 | BAMBOOHR HRIS 8663879595 0009173932 | $ 204.14 |
| 12/23/24 | OUTGOING WIRE Bamboo HR Payroll | $ 3,677.41 |
| 12/23/24 | OUTGOING WIRE Bamboo HR Payroll | $ 3,937.09 |
| 12/4/24 | OUTGOING WIRE Bamboo HR Payroll | $ 3,525.50 |
| 1/8/25 | OUTGOING WIRE Bamboo HR Payroll | $ 2,380.13 |
| 1/21/25 | BAMBOOHR HRIS 8663879595 0009173932 S | $ 204.14 |
| 1/22/25 | OUTGOING WIRE Bamboo HR Payroll | $ 2,609.04 |
| | **Bamboo Payroll** | **$ 75,803.88** |

| Date | Description | Amount |
|---|---|---|
| 9/23/24 | OLB Transfer from *225 to *308 great southern sub contract | $ 2,587.50 |
| 10/17/24 | GREAT SOUTHE 404-3761547 GA 101524 529306 Card#5484 | $ 1,461.42 |
| 10/15/24 | GREAT SOUTHERN T SALE 9215986202 | $ 6,764.98 |
| 11/15/24 | GREAT SOUTHE 404-3761547 GA 111424 846382 Card#5484 | $ 1,545.00 |
| 11/22/24 | GREAT SOUTHE 404-3761547 GA 112124 011249 Card#5484 | $ 1,493.50 |
| 11/22/24 | GREAT SOUTHE 404-3761547 GA 112024 581128 Card#5484 | $ 2,266.00 |
| 11/26/24 | GREAT SOUTHERN T SALE 9215986202 | $ 1,000.00 |
| 11/26/24 | GREAT SOUTHERN T SALE 9215986202 | $ 4,595.83 |
| 12/2/24 | GREAT SOUTHE 404-3761547 GA 113024 846235 Card#5484 | $ 1,315.04 |
| 12/9/24 | GREAT SOUTHE 404-3761547 GA 120824 451413 Card#7011 | $ 1,545.00 |
| 12/9/24 | GREAT SOUTHE 404-3761547 GA 120724 726392 Card#5484 | $ 1,991.29 |

| | | | |
|---|---|---|---|
| 12/13/24 | GREAT SOUTHE 404-3761547 GA 121124 835218 Card#5484 | $ | 995.75 |
| 12/13/24 | GREAT SOUTHE 404-3761547 GA 121124 692226 Card#7011 | $ | 1,854.00 |
| 12/16/24 | GREAT SOUTHE 404-3761547 GA 121524 372595 Card#7011 | $ | 575.00 |
| 12/16/24 | GREAT SOUTHE 404-3761547 GA 121524 170909 Card#5484 | $ | 1,030.00 |
| 1/6/25 | GREAT SOUTHE 404-3761547 GA 010425 536214 Card#7011 | $ | 257.50 |
| 1/6/25 | GREAT SOUTHE 404-3761547 GA 010425 458351 Card#7011 | $ | 382.39 |
| 1/6/25 | GREAT SOUTHE 404-3761547 GA 010425 751438 Card#5484 | $ | 1,030.00 |
| 1/27/25 | GREAT SOUTHE 404-3761547 GA 012425 550256 Card#5484 | $ | 4,016.00 |
| 1/24/25 | OLB Transfer from *630 to *308 great southern inv 1055payment | $ | 4,858.95 |
| 1/28/25 | OUTGOING WIRE Great Southern Truck & Trailer | $ | 4,148.35 |
| | **Great Southern Truck & Trailer** | | **$ 45,713.50** |

| Date | Description | Amount | |
|---|---|---|---|
| 11/25/24 | Baseline Power, U39 Ave e55882062 1289133000 | $ | 35,020.00 |
| 12/24/24 | Baseline Power, S39Yard -4 e57329236 1294287528 | $ | 257.50 |
| 12/24/24 | Baseline Power, S39Yard -1 e57328707 1294287528 | $ | 257.50 |
| 12/24/24 | Baseline Power, S39Yard -5 e57326583 1294287528 | $ | 566.50 |
| 12/24/24 | Baseline Power, T39Yard -1 e57321046 1294287528 | $ | 566.50 |
| 12/24/24 | Baseline Power, S39Yard -3 e57324307 1289133000 | $ | 566.50 |
| 12/24/24 | Baseline Power, T39Yard -3 e57325143 1289133000 | $ | 566.50 |
| 12/24/24 | Baseline Power, T39Yard -5 e57331230 1289133000 | $ | 566.50 |
| 12/24/24 | Baseline Power, S39Yard -2 e57326567 1294287528 | $ | 566.50 |
| 12/24/24 | Baseline Power, S39Yard -2 e57326567 1294287528 | $ | 566.50 |
| 12/24/24 | Baseline Power, T39Yard -2 e57321149 1294287528 | $ | 566.50 |
| 12/24/24 | Baseline Power, U392024 -2 e57327742 1294287528 | $ | 566.50 |
| 12/24/24 | Baseline Power, U392024 -1 e57328247 1294287528 | $ | 566.50 |
| 1/16/25 | Baseline Power, 51 e5836022--1294287528 | $ | 1,514.45 |
| 1/16/25 | Baseline Power, 48 e58358032--1289133000 | $ | 2,500.00 |
| 1/16/25 | Baseline Power, B39TN 2 e58360275--1289133000 | $ | 4,377.50 |
| | **Baseline Power** | **$ 49,591.95** | |

## SOFA Question 4

| | Marcus Cooley | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 1/8/24 | OUTGOING WIRE Marcus Cooley | $ 6,000.00 |
| 1/8/24 | AFFIRM PAY 8077596 -- 0000317218 Marcus Cooley | $ 316.77 |
| 1/10/24 | ACCNT SERV - EBILLPYMTS 5782628--3421425592 MARCUS COOLEY | $ 909.02 |
| 1/16/24 | ACCNT SERV - EBILLPYMTS 5788523--3421425592 MARCUS COOLEY | $ 1,243.34 |
| 1/29/24 | KUBOTA CREDIT PAYMENT 0900003616 MARCUS ANDREW COOLEY | $ 272.17 |
| 1/31/24 | OUTGOING WIRE Marcus Cooley | $ 7,500.00 |
| 2/12/24 | ACCNT SERV - EBILLPYMTS 5829138--3421425592 MARCUS COOLEY | $ 909.02 |
| 2/14/24 | ACCNT SERV - EBILLPYMTS 5833254--3421425592 MARCUS COOLEY | $ 1,243.34 |
| 2/27/24 | KUBOTA CREDIT PAYMENT 0900003616 MARCUS ANDREW COOLEY | $ 272.17 |
| 3/8/24 | AFFIRM PAY 6463485--0000317218 Marcus Cooley | $ 316.77 |
| 3/11/24 | ACCNT SERV - EBILLPYMTS 5876679--3421425592 MARCUS COOLEY | $ 909.02 |
| 3/14/24 | ACCNT SERV - EBILLPYMTS 5883771--3421425592 MARCUS COOLEY | $ 1,243.34 |
| 3/20/24 | AMEX EPAYMENT - ACH PMT W7632--0005000008 MARCUS COOLEY | $ 273.74 |
| 3/20/24 | AMEX EPAYMENT - ACH PMT W7876--0005000008 MARCUS COOLEY | $ 2,198.50 |
| 3/21/24 | AMEX EPAYMENT - ACH PMT W4194--0005000008 MARCUS COOLEY | $ 1,000.00 |
| 3/21/24 | AMEX EPAYMENT - ACH PMT W4602--0005000008 MARCUS COOLEY | $ 1,431.49 |
| 3/26/24 | AMEX EPAYMENT - ACH PMT W2974--0005000008 MARCUS COOLEY | $ 2,630.05 |
| 3/27/24 | AMEX EPAYMENT - ACH PMT W8218--0005000008 MARCUS COOLEY | $ 244.85 |
| 3/27/24 | KUBOTA CREDIT PAYMENT 0900003616 MARCUS ANDREW COOLEY | $ 272.17 |
| 3/27/24 | CHASE CREDIT CRD  EPAY 5760039224 MARCUS COOLEY | $ 8,169.34 |
| 3/29/24 | CHASE CREDIT CRD  EPAY 5760039224 MARCUS COOLEY | $ 1,500.00 |

| | | | |
|---|---|---|---|
| 4/1/24 | OUTGOING WIRE Marcus Cooley | $ | 4,695.00 |
| 4/2/24 | CHASE CREDIT CRD  EPAY 5760039224 MARCUS COOLEY | $ | 1,000.00 |
| 4/2/24 | AMEX EPAYMENT - ACH PMT W1300--0005000008 MARCUS COOLEY | $ | 3,409.02 |
| 4/15/24 | CHASE CREDIT CRD EPAY 5760039224 MARCUS COOLEY | $ | 1,000.00 |
| 4/15/24 | AMEX EPAYMENT - ACH PMT W6970--0005000008 MARCUS COOLEY | $ | 1,000.00 |
| 4/15/24 | ACCNT SERV - EBILLPYMTS 5933318--3421425592 MARCUS COOLEY | $ | 1,243.34 |
| 4/23/24 | AFFIRM PAY 0612478--0000317218 Marcus Cooley | $ | 316.77 |
| 4/26/24 | OUTGOING WIRE Marcus Cooley | $ | 1,050.00 |
| 4/29/24 | KUBOTA CREDIT PAYMENT 0900003616 MARCUS ANDREW COOLEY | $ | 272.17 |
| 4/29/24 | AMEX EPAYMENT - ACH PMT W7006--0005000008 MARCUS COOLEY | $ | 500.00 |
| 5/1/24 | OUTGOING WIRE Marcus Cooley | $ | 1,950.00 |
| 5/6/24 | AMEX EPAYMENT - RETRY PYMT W04360005000008 MARCUS COOLEY | $ | 7,366.73 |
| 5/13/24 | OUTGOING WIRE Marcus Cooley | $ | 1,000.00 |
| 5/20/24 | OUTGOING WIRE Marcus Cooley | $ | 1,500.00 |
| 5/28/24 | KUBOTA CREDIT PAYMENT 0900003616 MARCUS ANDREW COOLEY | $ | 272.17 |
| 5/28/24 | AFFIRM PAY 1092904--0000317218 Marcus Cooley | $ | 316.77 |
| 6/6/24 | OUTGOING WIRE Marcus Cooley | $ | 1,000.00 |
| 6/10/24 | OUTGOING WIRE Marcus Cooley | $ | 4,000.00 |
| 6/10/24 | AFFIRM PAY 5147307--0000317218 Marcus Cooley | $ | 316.77 |
| 6/10/24 | ACCNT SERV - EBILLPYMTS 6019086--3421425592 MARCUS COOLEY | $ | 3,057.26 |
| 6/27/24 | KUBOTA CREDIT PAYMENT 0900003616 MARCUS ANDREW COOLEY | $ | 272.17 |
| 7/5/24 | AMEX EPAYMENT - ACH PMT W6176--0005000008 MARCUS COOLEY | $ | 439.00 |
| 7/5/24 | CHASE CREDIT CRD  EPAY 5760039224 MARCUS COOLEY | $ | 557.00 |
| 7/8/24 | AFFIRM PAY 4695642--0000317218 Marcus Cooley | $ | 316.77 |
| 7/15/24 | ACCNT SERV - EBILLPYMTS 6068351--3421425592 MARCUS COOLEY | $ | 1,243.34 |
| 7/19/24 | OUTGOING WIRE Marcus Cooley | $ | 2,500.00 |
| 7/29/24 | KUBOTA CREDIT PAYMENT 0900003616 MARCUS ANDREW COOLEY | $ | 272.17 |

| 8/8/24 | AFFIRM PAY 4945059--0000317218 Marcus Cooley | $ | 316.77 |
| 8/28/24 | KUBOTA CREDIT PAYMENT 0900003616 MARCUS ANDREW COOLEY | $ | 272.17 |
| 9/3/24 | OUTGOING WIRE Marcus Cooley | $ | 800.00 |
| 9/3/24 | OUTGOING WIRE Marcus Cooley | $ | 3,000.00 |
| 12/6/24 | OUTGOING WIRE Marcus Cooley | $ | 1,400.00 |
| 12/31/24 | OUTGOING WIRE Marcus Cooley | $ | 2,500.00 |
| | **TOTAL** | **$** | **90,110.49** |

SOFA Question 30

| Marcus Cooley | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 01/08/24 | OUTGOING WIRE Marcus Cooley | $ 6,000.00 |
| 04/01/24 | OUTGOING WIRE Marcus Cooley | $ 4,695.00 |
| 04/26/24 | OUTGOING WIRE Marcus Cooley | $ 1,050.00 |
| 05/01/24 | OUTGOING WIRE Marcus Cooley | $ 1,950.00 |
| 05/13/24 | OUTGOING WIRE Marcus Cooley | $ 1,000.00 |
| 05/20/24 | OUTGOING WIRE Marcus Cooley | $ 1,500.00 |
| 06/06/24 | OUTGOING WIRE Marcus Cooley | $ 1,000.00 |
| 06/10/24 | OUTGOING WIRE Marcus Cooley | $ 4,000.00 |
| 07/19/24 | OUTGOING WIRE Marcus Cooley | $ 2,500.00 |
| 09/03/24 | OUTGOING WIRE Marcus Cooley | $    800.00 |
| 09/03/24 | OUTGOING WIRE Marcus Cooley | $ 3,000.00 |
| 12/06/24 | OUTGOING WIRE Marcus Cooley | $ 1,400.00 |
| 12/31/24 | OUTGOING WIRE Marcus Cooley | $ 2,500.00 |

| Sarah Jensen | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| 01/02/24 | OUTGOING WIRE Sarah Jensen | $ 2,400.00 |
| 05/30/24 | OUTGOING WIRE Sarah Jensen | $    808.46 |
| 12/20/24 | OUTGOING WIRE Sarah Jensen | $ 2,000.00 |

# United States Bankruptcy Court

Northern District of Georgia

**In re** Adventure Coast, LLC

Case No. 25-50682

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 0.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 465.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/12/2025

*Date*

/s/ Benjamin Keck, 943504

*Signature of Attorney*

Keck Legal, LLC

*Name of law firm*
2801 Buford Highway NE
Suite 115
Atlanta, GA 30329

**Fill in this information to identify the case and this filing:**

Debtor Name _____Adventure Coast, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (*If known*): _____25-50682_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/12/2025__          ✘ /s/ Marcus Cooley
            MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                    Marcus Cooley
                                    Printed name

                                    CEO
                                    Position or relationship to debtor